UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESUS AMIEVA,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>BRIAN WARD, et al.,<br><br>　　　　　　Defendants | Case No. 3:22-cv-00348-MMD-CSD<br><br>ORDER |

　　　　Pro se plaintiff Jesus Amieva brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that he claims he suffered while he was incarcerated at Northern Nevada Correctional Center. Plaintiff has paid the full $402 filing fee for this action. (ECF No. 6). According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated and has been paroled. Similarly, the Court's mail to Plaintiff has been returned as undeliverable, stating that he has been paroled. (ECF Nos. 22, 24, 27). But Plaintiff has not filed his updated address with the Court. Nevada Local Rule IA 3-1 provides that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number[,]" and failure to comply could result in sanctions like dismissal.

　　　　It is therefore ordered that Plaintiff has until October 5, 2023, to file his updated address with the Court.

　　　　It is further ordered that the application to proceed *in forma pauperis* for an inmate (ECF No. 1) is denied as moot.

　　　　This action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

　　　　DATED THIS 5th day of September 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE